# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JEFF ALLEN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 2:22-cv-00073-NAD |
| | ) |
| **UNITED PARCEL SERVICE CO., INC.,**[1] | ) |
| | ) |
| | ) |
| **Defendant.** | ) |

## DEFENDANT UNITED PARCEL SERVICE, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant United Parcel Service, Inc. states as follows:

Defendant United Parcel Service, Inc., an Ohio corporation, is an indirect, wholly owned subsidiary of United Parcel Service, Inc., a Delaware corporation. No publicly held company owns 10% or more of Defendant's stock.

Respectfully submitted, this 17th day of February, 2022.

*/s/ David W. Long-Daniels*
David W. Long-Daniels
Alabama Bar No. ASB-4593-O60D
david.long-daniels@squirepb.com

---

[1] Plaintiff improperly names United Parcel Service Co., Inc., as the Defendant in this action. The properly named Defendant should be Plaintiff's former employer United Parcel Service, Inc., an Ohio Corporation. United Parcel Service, Inc. files this Corporate Disclosure Statement as if Plaintiff had named it as the proper entity.

Angela F. Ramson*
Georgia Bar No. 114066
angela.ramson@squirepb.com

**Squire Patton Boggs (US) LLP**
One Atlantic Center
1201 W. Peachtree Street
Suite 3150
Atlanta, GA 30309
Tel. (678) 272-3200
Fax. (678) 272-3211

*Counsel for Defendant*

*\*Motion for Pro Hac Vice Admission Forthcoming*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **JEFF ALLEN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:22-cv-00073-NAD |
| | ) | |
| **UNITED PARCEL SERVICE CO., INC.,** | ) ) | |
| | ) | |
| **Defendant.** | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have filed a true and correct copy of the foregoing **DEFENDANT UNITED PARCREL SERVICE INC.'S CORPORATE DISCLOSURE STATEMENT** with the Clerk of the Court using the CM/ECF system on February 17, 2022, which will send notice of this filing to all counsel of record.

*/s/ David W. Long-Daniels*
David W. Long-Daniels

***Counsel for Defendant***